# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3780
_____

AARON PAUL CARTER GILES,

Appellant,

v.

WAKULLA CLERK OF CIRCUIT
COURT,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.


March 5, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Margaret P. Zabijaka and Colin A. Thakkar, Constangy, Brooks, Smith & Prophete, LLP, Jacksonville, for Appellee.